IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$5,548.00 IN UNITED STATES CURRENCY,<br><br>Defendant. | 4:14CV3038<br><br>**DEFAULT JUDGMENT AND DECREE OF FORFEITURE** |

NOW ON THIS 23rd day of May, 2014, this matter comes on before the Court upon Plaintiff's Motion for Default Judgment and Decree of Forfeiture (Filing No. 13) against the Defendant property, Samuel McCray, and any other unknown individuals.   Plaintiff is represented by Nancy A. Svoboda, Assistant United States Attorney.   No Claimants have entered an appearance, either personally or through counsel.   Upon review of the record of this case, the Court, being duly advised in the premises, finds as follows:

1.      A Complaint for Forfeiture *In Rem* was filed herein on February 12, 2014.   A Warrant for Arrest *In Rem* was issued by this Court and was properly served on the Defendant property by the U.S. Marshals Service.

2.      Publication of the notice of this action and of the arrest of the Defendant property was duly made pursuant to Order of this Court dated February 27, 2014 (Filing No. 7).

3.      On March 5, 2014, the U.S. Marshals Service served Samuel McCray, by personal service, the Complaint for Forfeiture *In Rem*, the Notice of Complaint for Forfeiture and the Warrant for Arrest *In Rem* (Filing No. 8).

4.      A Clerk's Entry of Default was filed against Samuel McCray on May 9, 2014 (Filing No. 12).

5.      No other person or entity entitled to the Defendant property has filed a Claim or an Answer in response to Plaintiff's Complaint for Forfeiture *In Rem* within the time fixed by law.

7.      The Plaintiff's Motion for Default Judgment and Decree of Forfeiture should therefore be granted.

IT IS ORDERED:

A.      The Plaintiff's Motion for Default Judgment and Decree of Forfeiture (Filing No. 13) is granted;

B.      All right, title and interest in or to the Defendant currency held by any person or entity is hereby forever barred and foreclosed.

C.      The Defendant currency be and the same hereby is forfeited to the United States of America.

D.      The Defendant currency shall be disposed of by the United States of America in accordance with law.

Dated this 23rd day of May, 2014.

BY THE COURT:


s/ Richard G. Kopf
RICHARD G. KOPF, Senior Judge
United States District Court

2