IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:14CV3038 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| $5,548.00 IN UNITED STATES | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Samuel McCray's letters (filings 20 and 21), treated as motions, are denied.

Dated December 8, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge